# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-1925

_____

Keith Allen Deaton

*Petitioner - Appellant*

v.

Wendy Kelley, Director, Arkansas Department of Correction

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

_____

Submitted: May 5, 2017
Filed: May 5, 2017
[Unpublished]

_____

Before GRUENDER, ARNOLD, and BENTON, Circuit Judges.

_____

PER CURIAM.

Following a remand in *Deaton v. Hobbs*, 561 Fed. Appx. 584 (8th Cir. 2014) (per curiam), the district court[1] conducted an evidentiary hearing and afterward

_____

[1]The Honorable Brian S. Miller, Chief Judge for the United States District Court for the Eastern District of Arkansas.

concluded that Keith Deaton was unable to meet the demanding actual-innocence standard to toll the expiration of the statute of limitations for his 28 U.S.C. § 2254 petition. Accordingly, the district court denied Deaton's habeas petition as untimely, and he appeals. Because we agree with the district court that Deaton's evidence was not sufficient to establish that "no juror, acting reasonably, would have voted to find him guilty beyond a reasonable doubt," *see McQuiggin v. Perkins*, 133 S. Ct. 1924, 1928 (2013), we affirm.

———————————————